UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br>   Plaintiff, <br>   v. <br> SONIA K. WONG, et al., <br>   Defendants. | Case No. 17-cv-06164-KAW <br><br> ORDER TO SHOW CAUSE |

This action was filed on October 26, 2017. (Dkt. No. 1.) Pursuant to General Order 56, the last day for Plaintiff to complete service on Defendants or to file a motion for administrative relief from that deadline was December 26, 2017. (*See* Dkt. No. 4.) As of the date of this order, Plaintiff has not filed a proof of service that service was completed.

IT IS HEREBY ORDERED that by no later than February 2, 2018, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: January 24, 2018

KANDIS A. WESTMORE
United States Magistrate Judge