Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 4:17-cv-06164-KAW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SONIA K. WONG et al., | |
| Defendants. | |

Please take notice that the above case has settled. It is anticipated that a dismissal with prejudice will be filed within 30 days from the date below written.

RESPECTFULLY SUBMITTED this 27th day of February, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff