UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>   Plaintiff,<br><br> v.<br><br>SONIA K. WONG, et al.,<br><br>   Defendants. | Case No. 17-cv-06164-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On February 27, 2018, Plaintiff filed a notice of settlement. (Dkt. No. 12.) Plaintiff stated that she anticipated that a dismissal with prejudice would be filed within thirty days of the notice. (*Id.*) On March 1, 2018, the Court ordered Plaintiff to file a dismissal within 60 days, absent any extension ordered by the Court. (Dkt. No. 13.)

Plaintiff's dismissal was due on April 30, 2018. As of the date of this order, however, Plaintiff has failed to file a dismissal. Accordingly, the Court ORDERS Plaintiff to show cause, by **June 11, 2018**, why the case should not be dismissed with prejudice by: (1) filing a dismissal or request for an extension of time, and (2) explaining why Plaintiff has failed to comply with the Court's order.[1] Failure to comply with this order may result in the Court reassigning the case to a District Judge and recommending that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: June 1, 2018

                 _____
                 KANDIS A. WESTMORE
                 United States Magistrate Judge

---

[1] The Court previously issued an order to show cause as to why the case should not be dismissed for failure to serve the complaint on Defendants. (Dkt. No. 7.)