# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>　　　　Plaintiff,<br>　　v.<br>SONIA K. WONG, et al.,<br>　　　　Defendants. | Case No. 17-cv-06164-KAW<br><br>**THIRD ORDER TO SHOW CAUSE** |

On February 27, 2018, Plaintiff filed a notice of settlement. (Dkt. No. 12.) Plaintiff stated that she anticipated that a dismissal with prejudice would be filed within thirty days of the notice. (*Id.*) On March 1, 2018, the Court ordered Plaintiff to file a dismissal within 60 days, absent any extension ordered by the Court. (Dkt. No. 13.)

Plaintiff's dismissal was due on April 30, 2018. Plaintiff did not file her dismissal, and on June 1, 2018, the Court issued an order to show cause requiring Plaintiff to explain why the case should not be dismissed with prejudice by filing a dismiss or request for an extension of time, and to explain why Plaintiff failed to comply with the Court's order. (Dkt. No. 14 at 1.) Plaintiff's response was due by June 11, 2018.

///
///
///
///
///
///
///

As of the date of this order, Plaintiff has not responded to the order to show cause. Accordingly, the Court ORDERS Plaintiff to show cause, by **July 13, 2018**, why the case should not be dismissed with prejudice and why Plaintiff's counsel should not be sanctioned $500 by: (1) filing a dismissal or request for an extension of time, and (2) explaining why Plaintiff has failed to comply with the Court's orders. Failure to comply with this order **will** result in the Court imposing sanctions and reassigning the case to a District Judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: June 29, 2018

KANDIS A. WESTMORE
United States Magistrate Judge