UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SONIA K. WONG, et al.,<br><br>    Defendants. | Case No. 17-cv-06164-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

On June 29, 2018, the Court issued a third order to show cause regarding Plaintiff's repeated failure to file a dismissal of the case. (Dkt. No. 15.) On July 1, 2018, Plaintiff filed a notice of voluntary dismissal with prejudice. (Dkt. No. 16.) In light of this filing, the Court DISCHARGES the order to show cause.

Plaintiffs' counsel is reminded of his obligation to comply with court orders and deadlines.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge